UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
    **Djaja D. Soejarto** ) Chapter **13**
    **Mariela Soejarto** ) Bankruptcy Case No.
     )
    Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I(We), **Djaja D. Soejarto** and **Mariela Soejarto**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Djaja D. Soejarto**
Printed or Typed Name of Debtor or Representative

Signature of Debtor or Representative

**February 3, 2014**
Date

**Mariela Soejarto**
Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

**February 3, 2014**
Date