IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  DJAJA D. SOEJARTO & MARIELA SOEJARTO   ) Chapter 13
                                               )
                                               )
                                               )
                                    - Creditor ) No. 14-06898
BankUnited National Association                )
                                               )
              v.                                ) Judge
                                               ) Donald R. Cassling
DJAJA D. SOEJARTO & MARIELA SOEJARTO    - Debtor )
                                               )

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE THAT ON March 28, 2014 at 09:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on March 19, 2014, with proper postage prepaid.

                                        PIERCE & ASSOCIATES, P.C.

                                        /s/Yanick Polycarpe

**THIS DOCUMENT IS AN ATTEMPT            ARDC#6237892
TO COLLECT A DEBT AND ANY                1 North Dearborn, Suite 1300
INFORMATION OBTAINED WILL BE             Chicago, Illinois 60602
USED FOR THAT PURPOSE**                  312-346-9088

14-0736

NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice through ECF**

To Debtor:
DJAJA D. SOEJARTO & MARIELA SOEJARTO
1S045 3rd Street
Lombard, IL 60148
**by U.S. Mail**

To Attorney:
Nathan C Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA14-0736

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

RE:   DJAJA D. SOEJARTO & MARIELA SOEJARTO    )
                                              )
BankUnited National Association               )
         Creditor,                            ) Case No. 14-06898
                                              ) Judge Donald R. Cassling
     vs.                                      )
                                              )
DJAJA D. SOEJARTO & MARIELA SOEJARTO,         )
         Debtor(s),                           )
```

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES BankUnited National Association, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 1S045 3rd Street, Lombard, IL 60148, be Modified, stating as follows:

1. On February 28, 2014, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. BankUnited National Association services the first mortgage lien on the property located at 1S045 3rd Street, Lombard, IL 60148.

4. Debtors' plan calls for the surrender of the property commonly known as 1S045 3rd Street, Lombard, IL 60148.

5. BankUnited National Association continues to be injured each day it remains bound by the Automatic Stay.

6. BankUnited National Association is not adequately protected.

7. The property located at 1S045 3rd Street, Lombard, IL 60148 is not necessary for the debtor's reorganization.

8. The debtor has no equity in the property for the benefit of unsecured creditors.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 1S045 3rd Street, Lombard, IL 60148, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to BankUnited National Association to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

BankUnited National Association

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088