**NTCASCLM**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Djaja D. Soejarto
1S045 3rd Street
Lombard, IL 60148
SSN: xxx–xx–3017 EIN: N.A.

Case No. : 14–06898
Chapter : 13
Judge : Donald R Cassling

Mariela Soejarto
1S045 3rd Street
Lombard, IL 60148
SSN: xxx–xx–6305 EIN: N.A.

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Nordstrom fsb

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to JEFFERSON CAPITAL SYSTEMS LLC of your claim in the above matter, designated Claim No. 1 in the amount of $4304.32. If no objections are filed by you on or before July 16, 2014 the Court shall substitute JEFFERSON CAPITAL SYSTEMS LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: June 25, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Djaja D. Soejarto
Mariela Soejarto
    Debtors

Case No. 14-06898-DRC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 1     Date Rcvd: Jun 25, 2014
                    Form ID: ntcasclm     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2014.
db/jdb      +Djaja D. Soejarto,    Mariela Soejarto,    1S045 3rd Street,    Lombard, IL 60148-4152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21624868     +E-mail/Text: bnc@nordstrom.com Jun 26 2014 00:32:49     Nordstrom fsb,    P.O. Box 6566,
          Englewood, CO 80155-6566
                                                                                                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2014                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2014 at the address(es) listed below:
        Andrew J Nelson    on behalf of Creditor    BankUnited National Association anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Glenn B Stearns    mcguckin_m@lisle13.com
        Nathan C Volheim    on behalf of Joint Debtor Mariela  Soejarto courtinfo@sulaimanlaw.com,
         nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
         ;sulaiman.igotnotices@gmail.com
        Nathan C Volheim    on behalf of Debtor Djaja D. Soejarto courtinfo@sulaimanlaw.com,
         nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
         ;sulaiman.igotnotices@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Yanick Polycarpe    on behalf of Creditor    BankUnited National Association
         ypolycarpe@atty-pierce.com,    northerndistrict@atty-pierce.com
                                                                                                                                                      TOTAL: 6