B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–06898**
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Djaja D. Soejarto | Mariela Soejarto |
| 1S045 3rd Street | 1S045 3rd Street |
| Lombard, IL 60148 | Lombard, IL 60148 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–3017                                   xxx–xx–6305

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: February 17, 2015

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 13 CASE**

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                               Case No. 14-06898-DRC
Djaja D. Soejarto                                                    Chapter 13
Mariela Soejarto
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster             Page 1 of 2          Date Rcvd: Feb 17, 2015
                               Form ID: b18w               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
db/jdb         +Djaja D. Soejarto,    Mariela Soejarto,    1S045 3rd Street,    Lombard, IL 60148-4152
21588426       +Bank United FSB,    Attn: Bankruptcy Department,    7815 Nw 148th Street,
                 Miami Lakes, FL 33016-1554
21668762       +BankUnited National Association C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
                 Chicago, IL 60602-4373
21588429       +Dupage County Clerk,    421 N. County Farm Road,    Wheaton, IL 60187-3992
21588431        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21588432       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21588433       +Hyundai Capital,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
21780068       +Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
21588434       +Hyundai Motor Finance,    Attention: Bankruptcy,    Po Box 20809,
                 Fountain Valley, CA 92728-0809
21588436        MB Financial,   611 North River Road,    Des Plaines, IL 60018
21588435       +MB Financial,   4800 N. Western Avenue,    Chicago, IL 60625-1916
21588437       +Nordstrom FSB,    8502 East Princess Drive,    Scottsdale, AZ 85255-7802
21588440       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21861892       +E-mail/Text: bncmail@w-legal.com Feb 18 2015 01:40:57     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21588424       +EDI: BECKLEE.COM Feb 18 2015 01:28:00     American Express *,    c/o Becket & Lee,
                 P.O. Box 3001,    Malvern, PA 19355-0701
21922200        EDI: BECKLEE.COM Feb 18 2015 01:28:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
21588425       +EDI: BANKAMER2.COM Feb 18 2015 01:28:00     Bank Of America, N.A. *,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
21588428        EDI: CITICORP.COM Feb 18 2015 01:33:00     Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21588427        EDI: CITICORP.COM Feb 18 2015 01:33:00     CitiBank, NA,
                 Citi Corp Credit Services/Attn:Centraliz,    7920 Nw 110th Street,    Kansas City, MO 64195
21588430       +E-mail/Text: collector@dupageco.org Feb 18 2015 01:40:38      Dupage County Treasurer,
                 421 N. County Farm Road,    Wheaton, IL 60187-3992
22090427        EDI: JEFFERSONCAP.COM Feb 18 2015 01:33:00     JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
21588438        E-mail/Text: bnc@nordstrom.com Feb 18 2015 01:40:29     Nordstrom FSB,    PO Box 79134,
                 Phoenix, AZ 85062-9134
21624868       +E-mail/Text: bnc@nordstrom.com Feb 18 2015 01:40:29     Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
22072539        EDI: PRA.COM Feb 18 2015 01:33:00     Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOCIATIO,    POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21588439       Sandra Blary
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2015 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    BankUnited National Association anelson@atty-pierce.com,
            northerndistrict@atty-pierce.com
          Glenn B Stearns    mcguckin_m@lisle13.com
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 2            Date Rcvd: Feb 17, 2015
                               Form ID: b18w              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nathan C Volheim    on behalf of Joint Debtor Mariela  Soejarto courtinfo@sulaimanlaw.com, nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
        Nathan C Volheim    on behalf of Debtor Djaja D. Soejarto courtinfo@sulaimanlaw.com, nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Yanick  Polycarpe    on behalf of Creditor    BankUnited National Association ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                            TOTAL: 6